IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br> NATIONAL SECURITY AGENCY <br> TELECOMMUNICATIONS RECORDS <br> LITIGATION | MDL Docket No 06-1791 VRW <br><br> ORDER |
| This Document Relates To: <br> 07-1324, 07-1326, 07-1396 / | |

     The United States and the AT&T and Cingular defendants have submitted for court approval a stipulation to continue the date by which said defendants must respond to the complaints in the above-referenced actions brought by the United States.

     In lieu of approving the stipulation, the court now orders that the AT&T and Cingular defendants need not respond to the complaints in these three cases until further order of the court.

     IT IS SO ORDERED.

                                               VAUGHN R WALKER <br>
                                               United States District Chief Judge